NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CINDY GARCIA-HIGGINS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-121 |
| | § | |
| LCS CORRECTION SERVICES, INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 9, 2014, Defendants filed their Motion for Leave to File Captain Damon Thomas' Fifth Amended Answer and LCS Correction Services, Inc.'s Sixth Amended Answer (D.E. 125).  The Motion was accompanied by a certificate of conference indicating that the Motion is either opposed or a party has not indicated whether it is opposed or unopposed.  Any party opposing said Motion is ORDERED to file a response on or before May 19, 2014.

ORDERED this 12th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE